Filing # 124870616 E-Filed 04/14/2021 04:50:15 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY FLORIDA,

AMBER BEASLEY,                   Case #: 50-2020-CA-013160-XXXX-MB

and

JEPHFILS METTAYER,

and

PATRICK CHARLES JR,

and

KATHERINE CRUM,

and

GILLIAN TOLEDO,

and

JESSICA LOREN MOISA,

    Plaintiffs
vs.

SALSA PALM BEACH INC.,
    a Florida for profit corporation

    Defendant
_____/

THE STATE OF FLORIDA:
To Each Sheriff of the State:

To: Salsa Palm Beach, INC.
Address: 10167 W. Sunrise Blvd, Suite 107, Plantation, FL 33322.

## SUMMONS: PERSONAL SERVICE ON A CORPORATION

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is service on you to file a written response to the attached complaint with the clerk of this court, located at: CLERK OF THE CIRCUIT COURT, 205 N Dixie Hwy, West Palm Beach, FL 33401. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may the case, and your wages, money, and property may be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" at: Colin Richards Law P.A., 1218 The Pointe Drive, West Palm Beach, FL 33409.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesada. Si usted no contesta la demanda a tiempo, pudiese perder el caso y pordria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen ostros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la quia telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de si respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numbero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que

votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocates ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

      Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

_Colin Richards Law P.A._
Plaintiff/Plaintiff's Attorney

_1218 The Point Drive, West Palm Beach, FL 33409_
Address

THE STATE OF FLORIDA

To Each Sheriff of the State: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

Dated **Apr 15 2021**

**JOSEPH ABRUZZO**
[Name of the Clerk]
Clerk of the Circuit Court
By: _____
as Deputy Clerk
**JOSIE LUCCE**

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY FLORIDA,

AMBER BEASLEY,                                         Case #: 50-2020-CA-013160-XXXX-MB

and

JEPHFILS METTAYER,

and

PATRICK CHARLES JR,

and

KATHERINE CRUM,

and

GILLIAN TOLEDO,

and

JESSICA LOREN MOISA,

    Plaintiffs

vs.

SALSA PALM BEACH INC.,
    a Florida for profit corporation

    Defendant

_____/

## PLAINTIFFS' FIRST AMENDED COMPLAINT

    COME NOW, Plaintiffs, Amber Beasley, Jephfils Mettayer, Jessica Loren Moisa, Katherine Crum, Patrick Charles Jr., and Gillian Toledo, (hereinafter called "Plaintiffs"), by and through their undersigned counsel, pursuant to Fla. R. Civ. P. § 1.190, files their First Amended Complaint for Damages, sues Defendant, Salsa Palm Beach, Inc., (hereinafter called "Defendant, Employer" or "Lime"), and respectfully shows the Court as follows:

## I. PRELIMINARY STATEMENT

1. This is an action for declaratory, permanent injunctive, and monetary relief brought by Plaintiff to redress the deprivation of civil rights as prohibited by Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq. and the Florida Civil Rights Act, Florida Statutes, Section 760.10, *et seq.* (FCRA) which prohibit, *inter alia,* the discriminatory denial of terms and conditions of employment, including compensation, promotional opportunities, and discharge from employment, hostile work environment and other adverse actions based on race, color, religion, sex, national origin, age, handicap or marital status.

2. The unlawful actions of the Defendant have caused Plaintiffs extreme mental anguish, outrage, depression, painful embarrassment among her family, friends, and former fellow employees, stress-induced insomnia, humiliation, disruption of his personal life, and loss of the ordinary pleasures of everyday life.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action based upon, Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343 and pendent jurisdiction of the Plaintiff's Florida Civil Rights Act claim is provided pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this Court as all acts and omissions giving rise to the claims and other adverse actions relevant to this cause occurred on Palm Beach County which is also the location of Defendant's principal place of business.

5. Plaintiffs timely filed a written Charge of Discrimination with the United States Equal Employment Opportunity Commission ("EEOC"), in Miami, Florida, setting forth the discriminatory actions of the Defendant complained of herein. See Exhibit A.

## III. PARTIES

6. Plaintiff Amber Beasley is a citizen of the United States of America and resides in Palm Beach County, Florida.

7. Plaintiff Jephfils Mettayer is a citizen of the United States of America and resides in Palm Beach County, Florida.

8. Plaintiff Jessica Loren Moisa is a citizen of the United States of America and resides in

Palm Beach County, Florida.

9. Plaintiff Katherine Crum is a citizen of the United States of America and resides in Palm Beach County, Florida.

10. Plaintiff Patrick Charles Jr. is a citizen of the United States of America and resides in Palm Beach County, Florida.

11. Plaintiff Gillian Toledo is a citizen of the United States of America and resides in Palm Beach County, Florida.

12. The Defendant is a Florida for profit corporation existing under the laws of the State of Florida with its principal place of business at 1880 Okeechobee Blvd Suite C, West Palm Beach, FL 33409 and is an employer within the scope of Florida Civil Rights Act and Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq. and the Florida Civil Rights Act, Florida Statutes, Section 760.10, *et seq.*

### IV.   COUNT I (Sexual Harassment)

13. Plaintiff Amber Beasley repeats and re-alleges Paragraphs 1-12 above as though set forth herein.

14. Defendant has intentionally and purposefully violated Plaintiff Amber Beasley's rights under Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq and under the Florida Civil Rights Act, Florida Statutes, Section 760.10, *et seq.*, including depriving Plaintiff Amber Beasley of the ability, right, benefit, and opportunity to make, perform, modify her employment relationship with the Defendant, on account of gender.

15. As a proximate cause of Defendant's action described above, Plaintiff Amber Beasley has suffered monetary damages as well as emotional injury and will continue to suffer from same in the foreseeable future and should be awarded relief pursuant to the Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq and Florida Statute, 760.10 *et seq.*, against the Defendant.

### V.   COUNT II (Retaliation)

16. Plaintiffs repeats and re-alleges Paragraphs 1-12 above as though set forth herein.

17. Defendant has intentionally and purposefully violated Plaintiff's rights under the Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq. AND the Florida Civil Rights Act, Florida Statutes, Section 760.10, et seq. including depriving the Plaintiffs of the ability, right, benefit, and opportunity to make, perform, modify her employment relationship with the Defendant.

18.   As a proximate cause of Defendant's action described above, Plaintiffs have suffered monetary damages as well as emotional injury and will continue to suffer from same in the foreseeable future and should be awarded relief pursuant to Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq. and the Florida Statute, 760.10 et seq., against the Defendant.

### VI.   COUNT III (Hostile Work Constructive Discharge)

19.   Plaintiffs Jephfils Mettayer, Patrick Charles Jr., and Gillian Toledo repeat and re-alleges Paragraphs 1-12 and paragraphs 16-18 above as though set forth herein.

20.   Defendant has intentionally and purposefully violated Plaintiffs' Jephfils Mettayer, Patrick Charles Jr., and Gillian Toledo, rights under Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq and under the Florida Civil Rights Act, Florida Statutes, Section 760.10, *et seq.*, including depriving the Plaintiffs of the ability, right, benefit, and opportunity to make, perform, modify their employment relationship with the Defendant.

21.   As a proximate cause of Defendant's action described above, Plaintiffs, Jephfils Mettayer, Patrick Charles Jr., and Gillian Toledo, have suffered monetary damages as well as emotional injury and will continue to suffer from same in the foreseeable future and should be awarded relief pursuant to the Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq and Florida Statute, 760.10 *et seq.*, against the Defendant.

### VII.   COUNT V (Pregnancy Discrimination)

22.   Plaintiff Jessica Loren Moisa repeats and re-alleges Paragraphs 1-12, and paragraphs 16-18 above as though set forth herein.

23.   Defendant has intentionally and purposefully violated Plaintiff Jessica Loren Moisa's rights under Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq and under the Florida Civil Rights Act, Florida Statutes, Section 760.10, *et seq.*, including depriving the Plaintiff Jessica Loren Moisa of the ability, right, benefit, and opportunity to make, perform, modify her employment relationship with the Defendant, on account of pregnancy.

24.   As a proximate cause of Defendant's action described above, Plaintiff Jessica Loren Loisa has suffered monetary damages as well as emotional injury and will continue to suffer from same in the foreseeable future and should be awarded relief pursuant to the Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq and Florida Statute, 760.10 *et seq.*, against the Defendant.

WHEREFORE, Plaintiffs Amber Beasley, Jephfils Mettayer, Jessica Loren Moisa, Katherine Crum, Patrick Charles Jr., and Gillian Toledo pray that this Court:

(a) Accept jurisdiction over this matter;

(b) Enter a judgment that Defendant's acts and practices as set forth herein are in violation of Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq. AND Florida Civil Rights Act, Florida Statutes, Section 760.10, et seq., and permanently enjoin such behavior;

(c) Enter preliminary and permanent relief enjoining the discriminatory conduct necessary to end Defendant's discriminatory practices and prevent current and future harm to Plaintiffs and others;

(d) Award Plaintiffs compensatory damages for past and future economic and non-economic losses, including extreme emotional distress and mental anguish, impairment of the quality of life; and consequential loses; lost wages any lost benefits that resulted from the Defendants discrimination;

(e) Award Plaintiffs exemplary and/or punitive damages

(f) Award Plaintiffs with the costs of this action, including the fees and costs of experts, together with reasonable attorneys' fees;

(g) Grant Plaintiffs such other and further relief as this Court finds necessary and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues of fact and damages in this action.

## DESIGNATION OF EMAIL ADDRESS

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for Defendant hereby designates the following primary email address for service of court documents: ColinRichardsLaw@gmail.com.

Dated this 13th day of April, 2021.

/s/ Colin Richards, Esq.,
Colin Richards, Esq.
Colin Richards Law, P.A.
Address: 1218 The Pointe Drive
West Palm Beach, FL 33409
Telephone: 786-286-0076
Fax: 561-828-0372
Email: ColinRichardsLaw@gmail.com
   By: /s/ Colin Richards
   Florida Bar No.: 0109234

## EXHIBIT A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Jessica Moisa
2884 Tennis Club Drive
No. 503
West Palm Beach, FL 33417

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2019-00019 | Debbie Slater, Investigator | (786) 648-5818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*Jacqueline Gabriel for*

09/03/2020

Enclosures(s)

Bradley A. Anderson,
Acting District Director

(Date Mailed)

cc:
**Respondent's Representative:**
SALSA PALM BEACH, INC. D/B/A LIME FRESH MEXICAN GRILL
c/o Katie Merwin, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

**Charging Party's Representative:**
Colin Richards, Esq.
Colin Richard Law, P. A.
1218 The Pointe Drive
West Palm Beach, FL 33409

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Amber Beasley
834 Olive Tree Circle
Greenacres, FL 33413

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2019-00016 | Debbie Slater, Investigator | (786) 648-5818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Jacqueline Gabriel for*  08/31/2020

Enclosures(s)

Bradley A. Anderson,
Acting District Director Miami

(Date Mailed)

cc: **Respondent's Representative:**
SALSA PALM BEACH, INC. D/B/A LIME FRESH MEXICAN GRILL
c/o Katie Merwin, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

**Charging Party's Representative:**
Colin Richards, Esq.
Colin Richard Law, P. A.
1218 The Pointe Drive
West Palm Beach, FL 33409

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Katherine Crum
912 2nd Street
Apt. 1
West Palm Beach, FL 33401

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2019-00020 | Debbie Slater, Investigator | (786) 648-5818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u>** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Jacqueline Gabriel FOR*

Enclosures(s)     Bradley A. Anderson,
Acting District Director     09/01/2020 *(Date Mailed)*

cc:

**Respondent's Representative:**
SALSA PALM BEACH, INC. D/B/A LIME FRESH MEXICAN GRILL
c/o Katie Merwin, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

**Charging Party's Representative:**
Colin Richards, Esq.
Colin Richard Law, P. A.
1218 The Pointe Drive
West Palm Beach, FL 33409

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Patrick Charles, Jr.
3613 Broadway
No. 117
West Palm Beach, FL 33407

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2019-00018 | Debbie Slater, Investigator | (786) 648-5818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Jacqueline Gabriel FOR*

Bradley A. Anderson,
Acting District Director

08/31/2020
(Date Mailed)

Enclosures(s)

cc: **Respondent's Representative:**
SALSA PALM BEACH, INC. D/B/A LIME FRESH MEXICAN GRILL
c/o Katie Merwin, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

**Charging Party's Representative:**
Colin Richards, Esq.
Colin Richard Law, P. A.
1218 The Pointe Drive
West Palm Beach, FL 33409

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Gillian Toledo
2391 Pinecrest Court
West Palm Beach, FL 33415

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2019-00021 | Debbie Slater, Investigator | (786) 648-5818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Jacqueline Gabriel for_

Bradley A. Anderson,
Acting District Director

09/03/2020
(Date Mailed)

Enclosures(s)

cc:
**Respondent's Representative:**
SALSA PALM BEACH, INC. D/B/A LIME FRESH MEXICAN GRILL
c/o Katie Merwin, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

**Charging Party's Representative:**
Colin Richards, Esq.
Colin Richard Law, P. A.
1218 The Pointe Drive
West Palm Beach, FL 33409

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jephfils Mettayer<br>1631 W. 14th Street<br>Riviera Beach, FL 33404 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2019-00022 | Debbie Slater,<br>Investigator | (786) 648-5818 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Jacqueline Gabriel FOR*

Bradley A. Anderson,
Acting District Director

09/03/2020
*(Date Mailed)*

Enclosures(s)

cc:

**Respondent's Representative:**
SALSA PALM BEACH, INC. D/B/A LIME FRESH
MEXICAN GRILL

c/o Katie Merwin, Esq.
Cole Scott & Kissane, P. A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401

**Charging Party's Representative:**
Colin Richards, Esq.
Colin Richard Law, P. A.
1218 The Pointe Drive
West Palm Beach, FL 33409